JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAMJOT SINGH,<br><br>          Petitioner,<br><br>   v.<br><br>WARDEN OF THE DESERT VIEW FACILITY, et al.,<br><br>          Respondents. | Case No. 5:26-cv-02931-MBK<br><br>JUDGMENT |

Pursuant to the Court's Order Granting Petition for Habeas Corpus, IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

Dated: June 8, 2026



_____

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE